# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RALPH CARR,

        Plaintiff,     :    Case No. 3:09-CV-341

    -vs-     :    Magistrate Judge Michael J. Newman

DEPARTMENT OF THE AIR FORCE,

        Defendant.     :

## CONDITIONAL DISMISSAL ORDER

The Court having been advised by the parties that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than **August 16, 2012**, reopen the action if settlement is not consummated. The current Calendar Order, accordingly, is VACATED.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

July 17, 2012                                                    s/ **Michael J. Newman**
                                                                   United States Magistrate Judge